125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick
### DETERT, MORAN & ARNOLD LLP

*MEMO ENDORSED*



Michael H. Bernstein
212-898-4011
michael.bernstein@sdma.com

December 17, 2010

*Via Facsimile*
Hon. Robert P. Patterson, U.S.D.J.
United States District Court For The
Southern District Of New York
500 Pearl St.
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/10

Re:  *Cacoperdo v. Hartford Life Insurance Company*
     Civ. Act. No. 10-cv-07847 (RPP)
     SDMA File No. 02489-000101

Dear Judge Patterson:

This office represents defendant Hartford Life Insurance Company ("Hartford") in the above-referenced matter.

We write to request an extension of time to respond to the Complaint in this matter on behalf of Hartford. Hartford's response is due today, December 17, 2010. We request an extension for Hartford to respond to the Complaint on or before January 12, 2011. Plaintiff's counsel consents to the request and this extension does not affect any previously scheduled dates set by the Court. No prior requests for an extension of time have been made on Hartford's behalf.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

MHB/erc
cc:   Jason A. Newfield, Esq. (*via facsimile*)

*Application Granted*
*So Ordered*
*R. P. Patterson*
*USDJ*
*12/17/10*

NY/628621v1