125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick
DETERT, MORAN & ARNOLD LLP

**MEMO ENDORSED**

January 4, 2011

*Michael H. Bernstein*
212-898-4011
*michael.bernstein@sdma.com*

*Via Facsimile*
Hon. Robert P. Patterson, U.S.D.J.
United States District Court For The
Southern District Of New York
500 Pearl St.
New York, NY 10007-1312



CHAMBERS OF
JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/11

Re: *Cacoperdo v. Hartford Life Insurance Company*
    Civ. Act. No. 10-cv-07847 (RPP)
    SDMA File No. 02489-000101

Dear Judge Patterson:

This office represents defendant Hartford Life Insurance Company ("Hartford") in the above-referenced matter.

We write to request an adjournment of the case management conference currently scheduled for January 18, 2011 at 9:00 AM. Michael Bernstein, Esq., lead attorney for the defendant, is not available to appear on this date because he will be out of the country from January 12, 2011 through January 23, 2011. Plaintiff's counsel consents to adjourn the conference. We have conferred with Plaintiff's counsel and can propose February 1, 2011 (except between the hours of 11:00 AM – 2:00 PM) or February 8, 2011 as alternate dates for this conference. Accordingly, we request that the conference be rescheduled to either of these dates, or another date after January 23, 2011 that is convenient for the Court. This extension does not affect any previously scheduled dates set by the Court. No prior requests for an adjournment of this conference have been requested.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

MHB/erc
cc: Jason A. Newfield, Esq. (*via facsimile*)

*Application Granted*
*Case management conference*
*will be held on 2/1/11 at 9PM*
*So ordered*
*Robert P Patterson*
*1/4/11*

NY/629955v1