AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| MICHAEL CACOPERDO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  CV 10-CIV-7847 (RPP) |
| HARTFORD LIFE INSURANCE CO. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

HARTFORD LIFE INSURANCE CO.                                                                         .

Date:  01/05/2011

s/
*Attorney's signature*

Michael H. Bernstein (MB 0579)
*Printed name and bar number*

Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004

*Address*

Michael.Bernstein@sdma.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

## **CERTIFICATION**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF and regular mail on this 5th day of January, 2011, upon the following:

Jason A. Newfield (JN-5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue – Suite 312
Garden City, New York 11530
Telephone: (516) 222-1600
*Attorneys for Plaintiff*

s/
Michael H. Bernstein (MB 0579)

Dated:   New York, New York
         January 5, 2010

1