AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| MICHAEL CACOPERDO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. CV 10-CIV-7847 (RPP) |
| HARTFORD LIFE INSURANCE CO. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

HARTFORD LIFE INSURANCE CO.                                                                                       .

Date:   01/05/2011                                                                 s/
                                                                                            *Attorney's signature*

                                                                          Elizabeth R. Chesler (EC 1981)
                                                                              *Printed name and bar number*

                                                                          Sedgwick, Detert, Moran & Arnold LLP
                                                                              125 Broad Street, 39th Floor
                                                                              New York, New York 10004

                                                                                            *Address*

                                                                          Elizabeth.Chesler@sdma.com
                                                                                       *E-mail address*

                                                                                    (212) 422-0202
                                                                                   *Telephone number*

                                                                                    (212) 422-0925
                                                                                      *FAX number*

**CERTIFICATION**

I, Elizabeth Chesler, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF and regular mail on this 5th day of January, 2011, upon the following:

Jason A. Newfield (JN-5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue – Suite 312
Garden City, New York 11530
Telephone: (516) 222-1600
*Attorneys for Plaintiff*

s/
Elizabeth Chesler (EC 1981)

Dated:    New York, New York
          January 5, 2010