UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL CACOPERDO,                                  Civ. Act. No.: 10-civ-7847 (RPP)

                       Plaintiff,              **RULE 7.1 DISCLOSURE**
                                       **STATEMENT**
  -against-

HARTFORD LIFE INSURANCE COMPANY,      DOCUMENT
                                                        ELECTRONICALLY FILED
                      Defendant.
-----------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, HARTFORD LIFE INSURANCE COMPANY ("Hartford"), certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

      1.      The Hartford Financial Services Group, Inc.

The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation currently owns 10% or more of its common stock. Allianz SE, a publicly held corporation that has no parent corporation, holds contingent rights to purchase more than 10% of the common stock of The Hartford Financial Services Group, Inc.

Dated:   New York, New York
         January 11, 2011

                                               Respectfully submitted,

                                                   s/
                                              MICHAEL H. BERNSTEIN (MB-0579)
                                              SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                              125 Broad Street, 39th Floor
                                              New York, New York 10004-2400
                                              Telephone: (212) 422-0202
                                              Facsimile:  (212) 422-0925
                                              (SDMA File No. 02489-000101)
                                              *Attorneys for Defendant*
                                              Hartford Life Insurance Company


TO:   Jason Newfield, Esq. (JN-5529)
      FRANKEL& NEWFIELD, P.C.
      585 Stewart Avenue – Suite 312r
      Garden City, New York 11530
      Telephone: (516) 222-1600
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** (for Hartford) was served by **ECF and Regular Mail** on January 11, 2011, upon the following:

Jason Newfield, Esq.
FRANKEL& NEWFIELD, P.C.
585 Stewart Avenue – Suite 312r
Garden City, New York 11530
Telephone: (516) 222-1600
*Attorneys for Plaintiff*

  s/
MICHAEL H. BERNSTEIN (MB-0579)