**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Cacopedo _____ Plaintiff(s)

- against -

Hartford Life Assurance _____ Defendant(s)

10 CV 7847 (RPP)

**SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/11

**PATTERSON, D.J.**

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: _____ Yes _____ No.

3. Amend the pleadings by  3/15/11 .

4. Medical Authorizations by _____ .

5. Rule (26) compliance by  3/1/11 .

6. Plaintiff experts' reports to be served by _____ .

7. Defendant experts' reports to be served by _____ .

8. Experts' depositions to be completed by _____ .

9. All discovery to be completed by  5/10/11 .

10. All fact discovery to be completed by _____ .

11. Dispositive motions by  5/27/11 , Answer by _____, Reply by _____ .

12. If no dispositive motion, pretrial order to be filed by  5/27/11 .

13. Bench Trial date is scheduled for  6/13/11  at  9:30am .

14. Settlement conference with parties & counsel to be held on _____ at _____ .

15. Pretrial conference is scheduled for _____ at _____ .

Dated: New York, New York

2/10/11

**SO ORDERED.**

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.