Trans #: 10720078

U.S. DISTRICT COURT OF THE STATE OF NEW YORK

COUNTY OF SOUTHERN

Filed: NO    Court Date: / /
Mortg #:

MICHAEL CACOPERDO

Petitioner (s)
Plaintiff (s)

— vs —

HARTFORD LIFE INS CO ET AL

Defendant (s)
Respondent (s)

FRANKEL & NEWFIELD, P.C.
585 STEWART AVE
SUITE 312
GARDEN CITY, NY 11530

STATE OF NEW YORK: COUNTY OF _____ NASSAU _____ : ss:

KEVIN HYLAND _____ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A
PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 23, _____ XX2011 at 04:10 PM , at 700 VETS MEM HGWY, #300, HAUPPAUGE NY 11788

deponent served the within SUMMONS/AMENDED COMPLNT/INDEX# & FILED DATE _____ on

MEDICAL EVALUATION SPECIALISTS DBA MES SOLUTIONS _____ defendant therein named.

**INDIVIDUAL**
1 ☐ By Personally delivering to and leaving with said _____ a true copy thereof,

and that he knew the person so served to be the person mentioned and described in said _____
☐ Defendant was identified by self admission and by the photograph furnished.

**CORPORATION**
2 ☒ By delivering to and leaving with MARIA GOVERNALE, AUTH. PARTY at 700 VETS MEM HGWY, #300, HAUPPAUGE
NY 11788 _____ , NY, and that he knew the person so served to be the managing/authorized agent of the corporation,
and said person stated that he was authorized to accept service on behalf of the corporation.

**SUITABLE AGE PERSON**
3 ☐ Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:

By delivering a true copy thereof to and leaving with _____ , a person of suitable
age and discretion at _____ , NY, the said premises being
the defendants — respondents (dwelling place) (usual place of abode) (place of business) within the State of New York.

**AFFIXING TO DOOR, ETC.**
4 ☐ By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of
abode) (place of business) within the State of New York.

**MAILING Use with 3 or 4**
5 ☐ Deponent completed service under the last two sections by depositing a copy of the _____
in a postpaid, properly addressed plain envelope marked "Personal and Confidential" in an official depository under the
exclusive care and custody of the United States
Post Office in the State of New York, on _____ , _____

**PREVIOUS ATTEMPTS Use with 4**
6 ☐ Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT OR PERSON SPOKEN TO CONFIRMING NON MILITARY
STATUS OF DEFENDANT IS AS FOLLOWS:
Approximate age ___36-50___ Approximate weight ___161-200___ Approximate height ___5'4"-5'8"___ Sex ___F___
Color of skin ___WHITE___ Color of hair ___BROWN___ Other _____

☐ Spoke with _____ who confirmed non-military status of defendant.
Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Govern-
ment or on active duty in the military service in the State of New York and was informed he was not. Your deponent further
says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent
therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this _____
KEVIN HYLAND
3-25-11

DIANNE JUSTICE
Notary Public, State of New York
No. 01JU6030873
Qualified in Nassau County
Commission Expires August 20, 20__

*Interboro Attorney Service Corporation*

2132 WANTAGH AVE. • P.O. BOX 1200 • WANTAGH, N.Y. 11793 • 516/221-2000