# Sedgwick
**DETERT, MORAN & ARNOLD LLP**

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sdma.com   212.422.0202 phone   212.422.0925 fax

Michael H. Bernstein
212-898-4011
michael.bernstein@sdma.com

March 28, 2011

Hon. Robert P. Patterson, Jr., U.S.D.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #: _____
> DATE FILED: 3/29/11

Re:  *Michael Cacoperdo v. Hartford Life Insurance Company*
     Civ. Act. No.      10-civ-07847 (RPP)
     SDMA File No.:   02489-000101

Dear Judge Patterson:

This office represents the defendant Hartford Life Insurance Company ("Hartford") in the above-referenced matter.

We write to request an extension of time to respond to plaintiff's Amended Complaint in this matter on behalf of Hartford. Hartford's response is due April 4, 2011. We request an extension for Hartford to respond to the Complaint on or before April 18, 2011. Plaintiff's counsel consents to the request and this extension does not affect any previously scheduled dates set by the Court. No prior requests for an extension of time with respect to Plaintiff's Amended Complaint have been made on Hartford's behalf.

Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

cc:   Jason A. Newfield, Esq. (via facsimile)
      *Attorneys for Plaintiff*

*Application granted*
*So ordered*
*[signature]*
*3/28/11*

NY/644602v1