



# Williams Acosta, PLLC

Avery K. Williams
Ruben Acosta
Alan D. Wasserman
David A. Domzal[1]
Victor J. Torres

Attorneys and Counselors
535 Griswold Street, Suite 1000
Detroit, MI 48226-3592
Phone: (313) 963-3873
Fax: (313) 961-6879
web: www.williamsacosta.com

Krystal N. Lyons
Felipe B. Torres

Sarah D. Lile[2]

[1]Also admitted in Ohio and Colorado
[2]Of Counsel

April 1, 2011

### VIA FACSIMILE



The Honorable Robert P. Patterson
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Request for Extension of Time to File Defendant MLS Group of Companies, Inc.'s Response to Amended Complaint in *Cacoperdo v. Hartford Life Ins. Co., et al.* Case No. 1:10-cv-07847-RPP

Dear Judge Patterson:

I am an attorney in the State of Michigan representing MLS Group of Companies, Inc. ("MLS"). MLS received service of Plaintiff Cacoperdo's Amended Complaint on or around March 16, 2011, and accordingly a response is currently scheduled to be filed with this Court within 21 days, or by April 6, 2011.

We are in the process of locating local counsel with respect to this matter. Therefore, we require more time to file the answer. After being apprised of the situation, counsel for Plaintiff Cacoperdo, Mr. Jason Newfield, agreed to extend the deadline for responding to the Amended Complaint to April 18, 2011.

I respectfully request an extension from this Court to file MLS's response to Plaintiff Cacoperdo's Amended Complaint to April 18, 2011, per the agreement reached with Mr. Newfield.

Thank you in advance for your cooperation, Your Honor.

Sincerely,
WILLIAMS ACOSTA, PLLC

Avery K. Williams

CC: Jason Newfield, Esq. (via facsimile)