**WHITE AND WILLIAMS LLP**
One Penn Plaza
Suite 4110
New York, NY 10119
212.244.9500
*Attorneys for Defendants Medical Evaluation Specialists, Inc. d/b/a MES Solutions*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL CACOPERDO, | : |
| | : **CIVIL ACTION No. 10-civ-7847** |
| Plaintiff, | : **(RPP)** |
| | : |
| v. | : |
| | : |
| HARTFORD LIFE INSURANCE COMPANY, | : **NOTICE OF APPEARANCE** |
| MLS NATIONAL MEDICAL EVALUATIONS, | : |
| INC. AND MEDICAL EVALUATION | : |
| SPECIALISTS, INC. d/b/a MES SOLUTIONS, | : |
| | : |
| Defendants. | |

**PLEASE TAKE NOTICE** that Andrew I. Hamelsky, Esq., an attorney admitted to practice before this Court, of the law firm of WHITE AND WILLIAMS LLP, hereby enters an appearance as an attorney for Medical Evaluation Specialists, Inc. d/b/a MES Solutions, who is to be noticed on all filings.

Dated: April 5, 2011

                                                            Respectfully submitted,
                                                            **WHITE AND WILLIAMS LLP**

                                                            By: _____
                                                            ANDREW I. HAMELSKY
                                                            One Penn Plaza
                                                            Suite 4110
                                                            New York, NY 10119
                                                           (212) 244-9500
                                                           hamelskya@whiteandwilliams.com

TO:   Jason Newfield, Esq.

7454503v.1