**WHITE AND WILLIAMS LLP**
One Penn Plaza
Suite 4110
New York, New York 10119
(212) 244-9500
Attorneys for Defendants Medical Evaluation Specialists, Inc. d/b/a MES Solutions

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MICHAEL CACOPERDO,
          Plaintiff,

-against-

HARTFORD LIFE INSURANCE COMPANY,
MLS NATIONAL MEDICAL EVALUATIONS,
INC. AND MEDICAL EVALUATION
SPECIALISTS, INC. d/b/a MES SOLUTIONS,
          Defendants.

------------------------------------x

Civ. No.:10-cv-7847 (RPP)

**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Defendant Medical Evaluation Specialists, Inc. d/b/a MES Solutions ("MES") and for Plaintiff Michael Cacoperdo ("Cacoperdo"), that MES hereby acknowledges service of process and jurisdiction of the Amended Complaint; and that the time by which MES must file an answer, move or otherwise plead is hereby extended to **April 27, 2011.**

White and Williams, LLP
*Attorneys for Defendant Medical Evaluation Specialists, Inc. d/b/a MES Solutions*

_____
Andrew I. Hamelsky, Esq.
One Penn Plaza
Suite 4410 – 41st Floor
New York, NY 10119
212.631.4406

Frankel & Newfield, PC
*Attorneys for Plaintiff Michael Cacoperdo*

_____
Jason Newfield, Esq.
585 Stewart Avenue – Suite 312
Garden City, NY 11530
516-222-1600

7451663v.1