

# Williams Acosta, PLLC

Avery K. Williams
Ruben Acosta
Alan D. Wasserman
David A. Domzal[1]
Victor J. Torres

Attorneys and Counselors
535 Griswold Street, Suite 1000
Detroit, MI 48226-3692
Phone: (313) 963-3873
Fax: (313) 961-6879
Web: www.williamsacosta.com

Krystal N. Lyons
Felipe B. Torres

Sarah D. Lile[2]

[1] Also admitted in Ohio and Colorado
[2] Of Counsel

April 15, 2011
*VIA FACSIMILE ONLY*

The Honorable Robert P. Patterson
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Request to Extend Reply Deadline for Defendant MLS National Medical Evaluation Services, Inc. in *Cacoperdo v. Hartford Life Ins. Co., et al.* – Case No. 1:10-cv-07847-RPP.

Dear Judge Patterson:

I am an attorney in the State of Michigan representing MLS National Medical Evaluation Services, Inc. ("MLS"), a defendant named in *Cacoperdo v. Hartford Life Ins. Co., et al.*, Case Number 1:10-cv-07847-RPP. On April 1, 2011, my co-counsel, Mr. Avery K. Williams, wrote this Court requesting an extension of MLS's reply deadline to April 18, 2011, so that MLS may have sufficient time to secure local counsel.

We are grateful to this Court for granting that request. Unfortunately, despite our best efforts, we have not yet secured local counsel. We currently await the results of a conflict check, but remain concerned that MLS will not be able to file its reply timely.

For that reason, we respectfully request the extension of MLS's reply deadline one additional week, to April 25, 2011.

We attempted to reach counsel for Plaintiff Michael Cacoperdo, Mr. Jason Newfield, but Mr. Newfield was away from the office today and could not answer our request until April 18, 2011—the day of the current reply deadline.

Thank you in advance, Your Honor.

Sincerely,
WILLIAMS ACOSTA, PLLC

Lucas J. Polcyn, Esq.

CC: Jason Newfield, Esq.

*See attached typewritten Memo Endorsement*

[Handwritten memo endorsement: Application Denied. Defendant can file an answer to the amended complaint without local counsel being knowledgeable about the case. The case is set for trial June 13, 2011. So ordered. /s/ Robert P. Patterson, USDJ. 4/15/11]

Case:      Cacoperdo v. Hartford Life Ins. Co., et al.
Index No.  10 Civ. 7847 (RPP)


**MEMO ENDORSEMENT READS:**

Application denied.

Defendant can file an answer to the Amended Complaint without lead counsel being knowledgeable about the case. The case is set for trial June 13, 2011.

**So Ordered.**

*Robert P. Patterson, Jr., U.S.D.J., 4/18/11*