UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICHAEL CACOPERDO,                              :    Civ. No.:10-cv-7847 (RPP)

          Plaintiff                              :

                                            :

     -against-                              :    **NOTICE OF MOTION TO DISMISS**

                                            :    **PURSUANT TO RULE 12(b)(6)**

HARTFORD LIFE INSURANCE COMPANY,               :
MLS NATIONAL MEDICAL EVALUATIONS,              :
INC., AND MEDICAL EVALUATION                    :
SPECIALISTS, INC. d/b/a MES SOLUTIONS,          :
                    Defendants                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that upon the attached memorandum of law, Defendant Medical Evaluation Specialists, Inc. d/b/a MES Solutions ("MES") will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing all claims against MES set forth in the Amended Complaint, in their entirety with prejudice, and for such other and further relief as the Court deems just and proper.

Dated:  April 25, 2011

                                 WHITE AND WILLIAMS LLP

                                 Andrew I. Hamelsky, Esquire
                                 One Penn Plaza
                                 Suite 4410 – 41st Floor
                                 New York, NY 10119
                                 212.631.4406
                                 *Attorneys for Defendant Medical Evaluation*
                                 *Specialists, Inc. d/b/a MES Solutions*

7497425v.1