Avery K. Williams (Mich. State Bar No. P34731,
*Pro Hac Vice* Admission to Be Requested)
WILLIAMS ACOSTA, PLLC
535 Griswold Street, Suite 1000
Detroit, Michigan 48226-3692
(313) 963-3873
Email: awilliams@williamsacosta.com

-and-

Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
(212) 997-7634
Email: jvogel@kvnyc.com

*Attorneys for Defendant*
*MLS National Medical Evaluations, Inc.*

## IN THE UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MICHAEL CACOPERDO, | ) 10 CV 7847 (RPP) |
| Plaintiff, | ) ECF |
| - against - | ) |
| | ) **NOTICE OF APPEARANCE** |
| HARTFORD LIFE INSURANCE COMPANY; MLS National Medical Evaluations, Inc. and Medical Evaluation Specialists, Inc. d/b/a MES Solutions | ) |
| Defendants. | ) |

---

**PLEASE TAKE NOTICE** THAT Avery K. Williams, Esq., an attorney admitted to practice before the courts of the State of Michigan and who shall request to be admitted *pro hac*

*vice* before this Court, of the law firm WILLIAMS ACOSTA, PLLC, hereby enters an appearance as an attorney for MLS National Medical Evaluations, Inc., who is to be noticed on all filings.

Dated: April 29, 2011

                                            Respectfully submitted,

                                            **WILLIAMS ACOSTA, PLLC**

                                            By: /s/ Avery K. Williams

                                            Avery K. Williams (Mich. State Bar No. P34731,
*Pro Hac Vice* Admission to Be Requested)
WILLIAMS ACOSTA, PLLC
535 Griswold Street, Suite 1000
Detroit, Michigan 48226-3692
(313) 963-387
Email: awilliams@williamsacosta.com

*Attorneys for Defendant*
*MLS National Medical Evaluation Specialists*