Avery K. Williams (Mich. State Bar No. P34731,
*Pro Hac Vice* Admission to Be Requested)
WILLIAMS ACOSTA, PLLC
535 Griswold Street, Suite 1000
Detroit, Michigan 48226-3692
(313) 963-3873
Email: awilliams@williamsacosta.com

-and-

Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
(212) 997-7634
Email: jvogel@kvnyc.com

*Attorneys for Defendant*
*MLS National Medical Evaluations, Inc.*

## IN THE UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL CACOPERDO, | 10 CV 7847 (RPP) |
| Plaintiff, | ECF |
| - against - | **NOTICE OF APPEARANCE** |
| HARTFORD LIFE INSURANCE COMPANY; MLS National Medical Evaluations, Inc. and Medical Evaluation Specialists, Inc. d/b/a MES Solutions | |
| Defendants. | |

**PLEASE TAKE NOTICE** THAT Joseph A. Vogel, Esq., an attorney admitted to practice before this Court, of the law firm KRAVET & VOGEL, LLP, hereby enters an

appearance as an attorney for MLS National Medical Evaluations, Inc., who is to be noticed on all filings.

Dated: April 29, 2011

                                          **KRAVET & VOGEL, LLP**

                              By: _____

                              Joseph A. Vogel (JV-5533)
                              1040 Avenue of the Americas, Suite 1101
                              New York, New York 10018-3703
                              (212) 997-7634
                              Email:  jvogel@kvnyc.com

                              *Attorneys for Defendant*
                              *MLS National Medical Evaluations, Inc.*