UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
MICHAEL CACOPERDO

                        Plaintiff,         Case No.  10-civ-7847 (RPP)

      -against-

HARTFORD LIFE INSURANCE
COMPANY, et al.       Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Michael H. Bernstein
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB 0579    My State Bar Number is 2104347

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick, Detert, Moran and Arnold LLP
                FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
                FIRM TELEPHONE NUMBER: 212-422-0202
                FIRM FAX NUMBER: 212-422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
                FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
                FIRM TELEPHONE NUMBER: 212-422-0202
                FIRM FAX NUMBER: 212-422-0925

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 29, 2011                s/_____
                                              ATTORNEY'S SIGNATURE

**CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 29th day of April, 2011, upon the following:

Jason A. Newfield, Esq.
Frankel & Newfield, P.C.
585 Stewart Avenue - Suite 312
Garden City, New York 11530
*Attorneys for Plaintiff*

Andrew I. Hamelsky, Esq.
White & Williams LLP
One Penn Plaza 250 W. 34th Street,
Suite 4110 New York, NY 10119
*Attorneys for Defendant Medical Evaluation Specialists, Inc.*

s/
Michael H. Bernstein (MB 0579)

Dated:   New York, New York
         April 29, 2011