

# FRANKEL & NEWFIELD, P.C.

ATTORNEYS AT LAW

Justin C. Frankel*
Jason A. Newfield*
*Admitted in NY, CT and



**MEMO ENDORSED**

585 Stewart Avenue
Suite 312
Garden City, NY 11530
Tel: (516) 222-1600
Fax: (516) 222-0513
www.frankelnewfield.com

May 3, 2011

<u>**VIA FACSIMILE (212) 805-7917**</u>

Hon. Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: <u>Michael Cacoperdo v. Hartford Life Ins. Co., MLS National Medical Evaluations Inc., and Medical Evaluation Specialists, Inc. d/b/a MES Solutions</u> 10 CV 7847

Dear Judge Patterson,

We represent Plaintiff, Michael Cacoperdo in the above referenced action. Currently pending are Motions to Dismiss brought by Defendant Hartford Life Ins. Co., and proposed Defendant MES Solutions. Responses to these motions to dismiss are due on Friday, May 6, 2011 and Monday, May 9, 2011 respectively.

Plaintiff respectfully requests that the time to respond to these motions to dismiss be extended until May 27, 2011. Counsel for both movants have consented to this request, and this is Plaintiff's first request for an extension of time to respond to these motions.

Pursuant to the February 10, 2011 Scheduling Order, discovery is due to close on May 10, 2011 and a Pre-Trial Order is due to be filed on May 27, 2011. Your Honor has scheduled this matter for trial on June 13, 2011, and it is respectfully submitted that these dates will need to be moved to some time following the resolution of the motion practice.

Thank you for your consideration of this request.

Respectfully submitted,

FRANKEL & NEWFIELD, P.C.

By: _____
Jason Newfield (JN-5529)

JAN:das
cc: Michael Bernstein, Esq (212) 422-0925.
Andrew Hamesky, Esq. (212) 244-6200
Joseph Anton Vogel, Esq. (212) 997-7686

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/11

*Application granted
So ordered
R.P. Patterson
5/3/11*