UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MICHAEL CACOPERDO,

                Plaintiff,

– against –

HARTFORD LIFE INSURANCE COMPANY,
MLS National Medical Evaluations, Inc. and
Medical Evaluation Specialists, Inc. d/b/a MES
Solutions,

                Defendants.
-------------------------------------------------------------X

Civil Action No.: 10-civ-7847 (RPP)

**AMENDED CERTIFICATE OF SERVICE**

DOCUMENT
ELECTRONICALLY FILED

        I, MICHAEL H. BERNSTEIN, hereby certify that a true and correct copy of the attached NOTICE OF CHANGE OF FIRM NAME was served by regular mail on April 29, 2011, and ECF on May 4, 2011, upon the following:

        Jason A. Newfield, Esq.
        Frankel & Newfield, P.C.
        585 Stewart Avenue - Suite 312
        Garden City, New York 11530
        *Attorneys for Plaintiff*

        Andrew I. Hamelsky, Esq.
        White & Williams LLP
        One Penn Plaza
        250 W. 34th Street, Suite 4110
        New York, NY 10119
        *Attorneys for Defendant Medical Evaluation Specialists, Inc.*

Dated:  New York, New York
        May 5, 2011

           Respectfully Submitted,

           s/ _____
           MICHAEL H. BERNSTEIN (MB 0579)
           JOHN T. SEYBERT (JS 5014)
           DANIEL M. MEIER (DM 2833)
           SEDGWICK LLP
           *Attorneys for Defendant*
           HARTFORD LIFE INSURANCE COMPANY
           125 Broad Street, 39th Floor
           New York, New York 10004
           Tel:  (212) 422-0202
           Fax: (212) 422-0925

## CERTIFICATE OF SERVICE

I, MICHAEL H. BERNSTEIN, hereby certify and affirm that a true and correct copy of the attached **AMENDED CERTIFICATE OF SERVICE** was served **by ECF** on May 5, 2011, upon the following:

| | |
|---|---|
| Jason A. Newfield, Esq. | Andrew I. Hamelsky, Esq. |
| Frankel & Newfield, P.C. | White & Williams, LLP |
| 585 Stewart Avenue - Suite 312 | One Penn Plaza |
| Garden City, New York 11530 | 250 W. 34th Street, Suite 4110 |
| | New York, NY 10119 |

Dated:   New York, New York
         May 5, 2011

s/ _____
MICHAEL H. BERNSTEIN (MB 0579)

NY/699481V1