Avery K. Williams (Mich. State Bar No. P34731,
*Pro Hac Vice* Admission to Be Requested)
WILLIAMS ACOSTA, PLLC
535 Griswold Street, Suite 1000
Detroit, Michigan 48226-3692
(313) 963-3873
Email: awilliams@williamsacosta.com

-and-

Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
(212) 997-7634
Email: jvogel@kvnyc.com

*Attorneys for Defendant*
*MLS National Medical Evaluation Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| MICHAEL CACOPERDO, | ) | 10 CV 7847 (RPP) |
| | ) | |
| Plaintiff, | ) | ECF |
| | ) | |
| | ) | **MLS NATIONAL MEDICAL** |
| - against - | ) | **EVALUATIONS, INC.'S** |
| | ) | **NOTICE OF** |
| | ) | **CONCURRENCE WITH** |
| HARTFORD LIFE INSURANCE COMPANY; | ) | **MEDICAL EVALUATION** |
| MLS National Medical Evaluations, Inc. and | ) | **SPECIALISTS, INC'S** |
| Medical Evaluation Specialists, Inc. d/b/a MES | ) | **MOTION TO DISMISS AND** |
| Solutions | ) | **MOTION TO JOIN IN THE** |
| | ) | **RELIEF REQUESTED** |
| Defendants. | ) | |

---

PLEASE TAKE NOTICE that upon the attached memorandum of law, Defendant MLS National Medical Evaluations, Inc. ("MLS") concurs, with approval from Defendant Medical Evaluation Specialists, Inc. ("MES"), in MES's motion before this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing all claims against MES set forth in the Amended Complaint, in their entirety with prejudice, and for such further relief as the Court deems just and proper; MLS furthermore respectfully moves this Court for an order joining MLS in the relief requested by MES in its motion, dismissing all claims against MLS set forth in the Amended Complaint, and granting MLS such further relief as the Court deems just and proper.

Dated: May 9, 2011

Respectfully submitted,

**WILLIAMS ACOSTA, PLLC**

By:     s/ Avery K. Williams
Avery K. Williams (Mich. State Bar No. P34731, *Pro Hac Vice* Admission to Be Requested)
535 Griswold Street, Suite 1000
Detroit, Michigan 48226-3692
(313) 963-3873
Email:  awilliams@williamsacosta.com

-and-

**KRAVET & VOGEL, LLP**

By:     s/ Joseph A. Vogel
Joseph A. Vogel (JV-5533)
1040 Avenue of the Americas, Suite 1101
New York, New York  10018-3703
(212) 997-7634
Email:  jvogel@kvnyc.com

*Attorneys for Defendant*
*MLS National Medical Evaluations, Inc.*