Avery K. Williams (Mich. State Bar No. P34731,
*Pro Hac Vice* Admission to Be Requested)
WILLIAMS ACOSTA, PLLC
535 Griswold Street, Suite 1000
Detroit, Michigan 48226-3692
(313) 963-3873
Email:  awilliams@williamsacosta.com

-and-

Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
(212) 997-7634
Email:  jvogel@kvnyc.com

*Attorneys for Defendant*
*MLS National Medical Evaluations, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| MICHAEL CACOPERDO, | ) | 10 CV 7847 (RPP) |
|  | ) |  |
| Plaintiff, | ) | ECF |
|  | ) |  |
| - against - | ) |  |
|  | ) | **DEFENDANT MLS** |
| HARTFORD LIFE INSURANCE COMPANY; | ) | **NATIONAL MEDICAL** |
| MLS National Medical Evaluations, Inc. and | ) | **EVALUATIONS, INC.'S** |
| Medical Evaluation Specialists, Inc. d/b/a MES | ) | **RULE 7.1 DISCLOSURE** |
| Solutions | ) | **STATEMENT** |
|  | ) |  |
| Defendants. | ) |  |

---

Pursuant to Fed. R. Civ. Proc. Rule 7.1, the undersigned counsel for Defendant MLS National Medical Evaluations, Inc., a non-governmental corporate party, files this disclosure statement:

1. MLS Group of Companies, Inc. is a Michigan corporation registered with the State of New York as MLS Group of Companies, Inc., but which does business as MLS National Medical Evaluation Services.  No other publicly held corporation, other than MLS Group of Companies, Inc., owns 10 percent or more of the stock of MLS Group of Companies, Inc. or MLS National Medical Evaluation Services.

Date:   May 9, 2011

Respectfully submitted,

**WILLIAMS ACOSTA, PLLC**

By:     s/ Avery K. Williams

Avery K. Williams (Mich. State Bar No. P34731, *Pro Hac Vice* Admission to Be Requested)
WILLIAMS ACOSTA, PLLC
535 Griswold Street, Suite 1000
Detroit, Michigan 48226-3692
(313) 963-3873
Email:  awilliams@williamsacosta.com

-and-

**KRAVET & VOGEL, LLP**

By:     s/ Joseph A. Vogel

Joseph A. Vogel (JV-5533)
1040 Avenue of the Americas, Suite 1101
New York, New York  10018-3703
(212) 997-7634
Email:  jvogel@kvnyc.com

*Attorneys for Defendant*
*MLS National Medical Evaluations, Inc.*