```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/11
```

IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

MICHAEL CACOPERDO,        )   10 CV 7847 (RPP)
                          )
      Plaintiff,         )   ECF Case
                          )
                          )
   - against -           )
                          )
                          )   **ORDER FOR ADMISSION**
                          )   ***PRO HAC VICE* ON**
HARTFORD LIFE INSURANCE COMPANY;  )   **WRITTEN MOTION**
MLS National Medical Evaluations, Inc. and   )
Medical Evaluation Specialists, Inc. d/b/a MES  )
Solutions                 )
                          )
      Defendants.        )
                          )

------------------------------------------------------------

    Upon the motion of Joseph A. Vogel of the firm Kravet & Vogel, LLP, attorneys for Defendant MLS National Medical Evaluations, Inc., together with the firm Williams Acosta, PLLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Avery K. Williams |
| Firm Name: | Williams Acosta, PLLC |
| Address: | 535 Griswold, Suite 1000 |
| City/State/Zip: | Detroit, Michigan 48226 |
| Telephone/Fax: | (313) 963-3873/(313) 961-6879 |
| Email Address: | awilliams@williamsacosta.com |

is admitted to practice *pro hac vice* as counsel for Defendant MLS National Medical Evaluations, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at <u>nysd.uscourts.gov.</u>  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:     May 13, 2011
             New York, New York

                                            _____
                                            United States District/Magistrate Judge