UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

MICHAEL CACOPERDO       Plaintiff,        Case No.  10-civ-7847 (RPP)

-against-

HARTFORD LIFE INSURANCE
COMPANY, et al.            Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

John T. Seybert
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JS (5014)_____   My State Bar Number is  3012705_____

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:      FIRM NAME: Sedgwick, Detert, Moran and Arnold LLP_____
               FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004____
               FIRM TELEPHONE NUMBER: 212-422-0202_____
               FIRM FAX NUMBER: 212-422-0925_____

NEW FIRM:      FIRM NAME: Sedgwick LLP_____
               FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004____
               FIRM TELEPHONE NUMBER: 212-422-0202_____
               FIRM FAX NUMBER: 212-422-0925

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  April 29, 2011              s/_____
                                    ATTORNEY'S SIGNATURE