**EXHIBIT D**



"Bridgit Brinning"
&lt;Bbrinning@mls-ime.com&gt;
05/19/2010 09:33 AM

To &lt;juan.mendez@hartfordlife.com&gt;
cc
bcc
Subject 9001613877

This is to update you on the addendum request on claimant **Michael Cacoperdo**. Dr. Esman has completed her dictation and once it is transcribed, it will proceed to the QA stage for review and clarification. It will be delivered as soon as we have received finalization from Dr. Esman.

*Thank you,*

**Bridgit Brinning**
Peer Review Operational Support
MLS Group of Companies, Inc.
*29000 Inkster Road, Suite 100 Southfield, MI 48034*
*(p) 248.945.9001 ext 110  (f) 248.356.6757*
*(e) bbrinning@mls-ime.com  (w) www.mls-ime.com*



HIPAA Compliance Disclosure: The documents accompanying this e-mail transmission contain confidential information belonging to the sender that is legally privileged. The information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.
If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately to arrange for the return of these documents.