## CERTIFICATE OF SERVICE

I, Jason Newfield, hereby certify that on May 27, 2011, a copy of the Plaintiff's Opposition to Motions to Dismiss, including Declaration of Jason Newfield with exhibits and Memorandum of Law, was mailed via first class mail to the counsel listed below:

Michael H Bernstein
Sedgwick LLP
125 Broad Street, 39th Floor
New York, NY 10004

Joseph Anton Vogel
Kravet & Vogel, LLP
1040 Avenue of the americas, Suite 1101
New York, NY 10018

Avery K. Williams
Williams Acosta, PLLC
535 Griswold Street, Suite 1000
Detroit, MI 48226-3692

Andrew I. Hamelsky
White and Williams, LLP(NYC)
One Penn Plaza
250 W. 34th Street
Suite 4110
New York, NY 10119

These documents were also filed via ECF.

_____
Jason Newfield (JN5529)