Patterson, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/11
```

WHITE AND WILLIAMS LLP
One Penn Plaza
Suite 4110
New York, New York 10119
(212) 244-9500
Attorneys for Defendants Medical Evaluation Specialists, Inc. d/b/a MES Solutions

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
MICHAEL CACOPERDO,             :    Civ. No.:10-cv-7847 (RPP)
                Plaintiff,     :
                               :
                               :
         -against-             :    STIPULATION EXTENDING TIME
                               :
                               :
HARTFORD LIFE INSURANCE COMPANY,:
MLS NATIONAL MEDICAL EVALUATIONS,:
INC. AND MEDICAL EVALUATION    :
SPECIALISTS, INC. d/b/a MES SOLUTIONS,:
                Defendants.    :
----------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Defendants Hartford Life Insurance Company ("Hartford"), MLS National Medical Evaluations, Inc. ("MLS"), Medical Evaluation Specialists, Inc. d/b/a MES Solutions ("MES") and Plaintiff Michael Cacoperdo ("Cacoperdo"), that the time by which Defendants Hartford, MLS and MES must file a reply in support of their motion to dismiss is hereby extended to June 20, 2011.

White and Williams, LLP
*Attorneys for Defendant Medical Evaluation Specialists, Inc. d/b/a MES Solutions*

_____
Andrew I. Hamelsky, Esq.
One Penn Plaza
Suite 4410 – 41st Floor
New York, NY 10119
212.631.4406

Frankel & Newfield, PC
*Attorneys for Plaintiff Michael Cacoperdo*

_____
Jason Newfield, Esq.
585 Stewart Avenue – Suite 312
Garden City, NY 11530
516-222-1600

7741373v.1        June 3, 2011

SO ORDERED:

_____
U.S.D.J.

| | |
|---|---|
| **Sedgwick, LLP**<br>*Attorneys for Defendant Hartford Life*<br>*Insurance Company*<br><br>s/Michael H. Bernstein<br>Michael H. Bernstein, Esq.<br>125 Broad St., 39th Fl.<br>New York, NY 10004<br>212-422-0202 | **Kravet & Vogel, LLP**<br>*Attorneys for Defendant MLS National*<br>*Medical Evaluations, Inc.*<br><br>Joseph Anton Vogel, Esq.<br>1040 Avenue of the Americas, Ste. 1101<br>New York, NY 10018<br>212-997-7634 |