# Sedgwick LLP

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

*MEMO ENDORSED*



Michael H. Bernstein
212-898-4011
michael.bernstein@sdma.com

June 10, 2011

<u>Via Facsimile</u>
Hon. Robert P. Patterson, Jr., U.S.D.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RECEIVED JUN 10 2011 CHAMBERS OF JUDGE ROBERT P. PATTERSON

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/10/11

Re:  *Michael Cacoperdo v. Hartford Life Insurance Company*
     Civ. Act. No.     10-civ-07847 (RPP)
     SDMA File No.:   02489-000101

Dear Judge Patterson:

    This office represents the defendant Hartford Life Insurance Company ("Hartford") in the above-referenced matter. We respectfully request that the bench trial scheduled for June 13, 2011 be adjourned because of the pendency of motions to dismiss plaintiff's Amended Complaint, which was filed without leave of court and after the Scheduling Order had been issued (Doc. No. 10). Plaintiff had previously requested that the bench trial be adjourned by letter dated May 3, 2011. (Doc. No. 26).

    The Amended Complaint added additional parties and causes of action to this matter that were not in the Complaint when the Court held its initial conference with the parties. No discovery has proceeded in this matter because of the issues raised in plaintiff's Amended Complaint and the defendants' objections to the Amended Complaint. Accordingly, this matter is not ready for trial and the parties will need to discuss an amended scheduling order once the motions to dismiss are decided.

    Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP



*Application granted. Trial is adjourned sine die. So ordered. R.W. Patterson 6/10/11*

cc:  Jason A. Newfield, Esq. (*via* facsimile)
     *Attorneys for Plaintiff*

     Andrew I. Hamelsky, Esq. (*via* facsimile)
     *Attorneys for Defendant Medical Evaluation Specialists, Inc.*

NY/702990v1