UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL CACOPERDO,

                                             Plaintiff,        **SCHEDULING ORDER**

-against-                                       10 CV 7847 (RPP)

HARTFORD LIFE INSURANCE COMPANY,
MLS National Medical Evaluations, Inc., and Medical
Evaluation Specialists, Inc. d/b/a MES Solutions

                                           Defendants,

-----------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.,**

      Oral argument on Defendants' motion to dismiss will be held on Wednesday, September 21, 2011 at 9:30am.

SO ORDERED

Dated: New York, New York

September 1, 2011

                                                                         Robert P. Patterson, Jr.

                                                                         U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/11

## *Copies of this Order sent to:*

Attorneys for Plaintiff

**Jason A. Newfield**
Frankel & Newfield, P.C.
585 Stewart Avenue
Suite 301
Garden City, NY 11530
(516)-222-1600
Fax: (516)-222-0513

**Justin Corey Frankel**
Frankel & Newfield, P.C.
585 Stewart Avenue
Suite 301
Garden City, NY 11530
(516) 222 1600
Fax: (516) 222-0513

Attorneys for Defendant Hartford

**Michael H Bernstein**
Sedgwick LLP
125 Broad Street, 39th Floor
New York, NY 10004
(212) 422-0202
Fax: (212) 422-0925

**Elizabeth Richer Chesler**
Sedgwick, Detert, Moran & Arnold, LLP
125 Broad Street, 39th Floor
New York, NY 10004
(212) 898-4029
Fax: (212) 422-0925

Attorneys for Defendant MLS

**Joseph Anton Vogel**
Kravet & Vogel, LLP
1040 Avenue of the americas, Suite 1101
New York, NY 10018
212-997-7634
Fax: 212-997-7686

**Avery K. Williams**
Williams Acosta, PLLC
535 Griswold Street, Suite 1000
Detroit, MI 48226-3692
(313) 963- 3873
Fax: (313) 961-6879

Attorney for Defendant MES

**Andrew I. Hamelsky**
White and Williams, LLP(NYC)
One Penn Plaza
250 W. 34th Street
Suite 4110
New York, NY 10119
212-631-4406
Fax: 212 244-6200