UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MICHAEL CACOPERDO,

        Plaintiff,

-against-

HARTFORD LIFE INSURANCE COMPANY,
MLS NATIONAL MEDICAL EVALUATIONS,
INC. AND MEDICAL EVALUATION
SPECIALISTS, INC. d/b/a MES SOLUTIONS,

        Defendants.
----------------------------------------------------------X

**CONSENT TO
CHANGE ATTORNEY**
INDEX NO.: 10 CV 7847

**IT IS HEREBY CONSENTED** that the LAW OFFICES OF CHARLES J. SIEGEL, 40 Wall Street, New York, NY 10005, will be substituted as attorney-of-record for the defendants, MLS NATIONAL MEDICAL EVALUATIONS, INC., in the above entitled action in place and stead of WILLIAMS ACOSTA, PLLC, 535 Griswold Street, Suite 1000, Detroit, MI 48226-3692, as of the date hereof.

DATED:   Tarrytown, New York.
           September 16, 2011

_____
Law Offices of CHARLES J. SIEGEL

_____
WILLIAMS ACOSTA, PLLC

Co-Managing Member
[INSERT TITLE, IF CORP.]

STATE OF Michigan ) ss.:
COUNTY OF Wayne )

On 9/20/11, before me personally came Avery K. Williams to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that she/he executed the same.

_____
NOTARY PUBLIC

JENNY L. CLARK
Notary Public, State of Michigan
County of Wayne
My Commission Expires Oct. 13, 2014
Acting in the County of Wayne

A Staff Counsel Office of CNA