Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
(212) 997-7634
Email: jvogel@kvnyc.com

*Outgoing Co-Counsel of Record for Defendant
MLS National Medical Evaluations, Inc.*

## IN THE UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL CACOPERDO, | 10 CV 7847 (RPP) |
| Plaintiff, | ECF |
| - against - | |
| HARTFORD LIFE INSURANCE COMPANY; MLS National Medical Evaluations, Inc. and Medical Evaluation Specialists, Inc. d/b/a MES Solutions | NOTICE OF WITHRAWAL AS CO-COUNSEL OF RECORD FOR DEFENDANT MLS NATIONAL MEDICAL EVALUATIONS, INC. |
| Defendants. | |

**PLEASE TAKE NOTICE** THAT Joseph A. Vogel, Esq., and the firm KRAVET & VOGEL, LLP, hereby gives notice of its withdrawal as co-counsel of record on behalf of defendant MLS Medical Evaluations, Inc., effective immediately, having been substituted by the firm of the Law Offices of Charles J. Siegel, 40 Wall Street, New York, New York 10005.

Dated:   New York, New York
         September 21, 2011

KRAVET & VOGEL, LLP

By: _____
    Joseph A. Vogel (JV-5533)

1040 Avenue of the Americas, Suite 1101
New York, New York  10018-3703
(212) 997-7634
Email:  jvogel@kvnyc.com

*Outgoing Co-Counsel for Defendant*
*MLS National Medical Evaluations, Inc.*

## CERTIFICATION OF SERVICE

I, Joseph A. Vogel, certify that I am an attorney in good standing licensed by the State Bar of New York and admitted to practice in this Court, and that on September 21, 2011, I caused true copies of the annexed Notice of Withdrawal as Co-Counsel of Record For Defendant MLS National Medical Evaluations, Inc. to be served via ECF or first class mail addressed to counsel for the parties herein as follows:

>Jason A. Newfield, Esq.
>FRANKEL & NEWFIELD, P.C.
>585 Stewart Avenue, Suite 301
>Garden City, New York 11530
>Tel. 516-222-1600
>Email: jan@frankelnewfield.com
>*Attorneys for the Plaintiff Michael Cacoperdo*
>
>Michael H. Bernstein, Esq.
>SEDGWICK LLP
>125 Broad Street, 39th Floor
>New York, New York 10004
>Tel. 212-422-0202
>Email: michael.bernstein@sdma.com
>*Attorneys for Defendant Hartford Life Insurance Company*
>
>Andrew I. Hamelsky, Esq.
>WHITE AND WILLIAMS, LLP
>One Penn Plaza
>250 West 34th Street, Suite 4110
>New York, New York 10119
>Tel. 212-631-4406
>Email: hamelskya@whiteand williams.com
>*Attorneys for Defendant Medical Evaluation Specialists, Inc.*
>
>Avery K. Williams, Esq. (Mich. State Bar No. P34731,
>*Pro Hac Vice* Admission Granted)
>WILLIAMS ACOSTA, PLLC
>535 Griswold Street, Suite 1000
>Detroit, Michigan 48226-3692
>Tel.  313-963-3873
>Email: awilliams@williamsacosta.com
>*Outgoing Counsel of Record for*
>*Defendant MLS National Medical Evaluations, Inc.*

3

Thomas Gibbons, Esq.
The Law Offices of Charles J. Siegel
40 Wall Street, 7th Floor
New York, New York 10005
Tel. 212-440-2350
*Incoming Counsel of Record for*
*Defendant MLS National Medical Evaluations, Inc.*

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated:   New York, New York
         September 21, 2011

_____
Joseph A. Vogel (JV-5533)