```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL CACOPERDO,                                Civ. Act. No.: 10-civ-7847 (RPP)

                Plaintiff,            **STIPULATED AMENDED**
                                       **SCHEDULING ORDER**
  -against-

HARTFORD LIFE INSURANCE COMPANY,                  DOCUMENT
 MLS National Medical Evaluations, Inc. and Medical      ELECTRONICALLY FILED
Evaluation Specialists, Inc. d/b/a MES Solutions,


                Defendant.
-----------------------------------------------------------------X

      WHEREAS, plaintiff, Michael Cacoperdo ("Cacoperdo"), filed his Summons and Complaint, in the United States District Court for the Southern District of New York on October 14, 2010, alleging a single cause of action under the Employee Retirement Income Security Act of 1974 ("ERISA") § 502(a)(1)(B); 29 U.S.C. 1132 (a)(1)(B), against defendant, Hartford Life Insurance Company ("Hartford");

      WHEREAS, Hartford timely filed and served it Answer to the Complaint on January 11, 2011;

      WHEREAS, Cacoperdo filed the Amended Complaint (the "Amended Complaint"), containing a second and third cause of action against Defendants Medical Evaluation Specialists, Inc. d/b/a MES Solutions ("MES") and MLS National Medical Evaluations, Inc. ("MLS");

      WHEREAS, all defendants moved to dismiss the second and third causes of action against MES and MLS;

      WHEREAS, the Court issued its Opinion and Order dated October 5, 2011, dismissing plaintiff's claims against MLS and MES and ruling that plaintiff may proceed on his first cause of action against Hartford;

      IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the remaining parties that Cacoperdo will withdraw his Amended Complaint and proceed on his original first cause of

action against Hartford as stated in the initial Complaint and that Hartford is not required to file an Answer to the Amended Complaint;

IT IS HEREBY FURTHER STIPULATED AND AGREED that the Scheduling Order dated February 10, 2011, Doc. No. 10, is amended as follows:

| No. | Description | Original Date | New Date |
|---|---|---|---|
| 5. | Rule (26) compliance by | 3/1/11 | 11/14/11 |
| 9. | All Discovery to be completed | 5/10/11 | 2/3/12 |
| 11. | Dispositive motions by | 5/27/11 | 3/16/12 |
| 12. | If no dispositive motion, pretrial order to be filed by | 5/27/11 | 3/16/12 |
| 13. | Trial date is scheduled for | 6/13/11 | _____ [1] |

Dated: November 1, 2011

_____
Michael H. Bernstein
John T. Seybert
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Fax: (212) 422-0925
*Attorneys For Defendant*

_____
Jason A. Newfield
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue – Suite 312
Garden City, New York 11530
Telephone: (516) 222-1600
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
ROBERT P. PATTERSON, JR.
UNITED STATES DISTRICT COURT JUDGE

---

[1] This date is left blank to be completed by the Court.

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR　NEW YORK, NEW YORK 10004-2400

www.sedgwicklaw.com　212.422.0202 *phone*　212.422.0925 *fax*

# Sedgwick LLP

*Michael H. Bernstein*
*212-898-4011*
*michael.bernstein@sedgwicklaw.com*

November 9, 2011



Hon. Robert P. Patterson, Jr., U.S.D.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Michael Cacoperdo v. Hartford Life Insurance Company*
   Civ. Act. No.　　10-civ-07847 (RPP)
   SDMA File No.: 02489-000101

Dear Judge Patterson:

　　This office represents the defendant Hartford Life Insurance Company ("Hartford") in the above-referenced matter. Enclosed please find a proposed Stipulated Amended Scheduling Order extending the parties time to complete discovery and setting new dates for the filing of dispositive motions. The trial date was left blank for the Court to complete.

　　By Endorsed Letter dated June 10, 2011, Doc. No. 42, the Court adjourned the trial date *sine die* because of the motions to dismiss plaintiff's Amended Complaint. The proposed Stipulated Amended Scheduling Order is expected to allow the remaining parties sufficient time to complete discovery and prepare dispositive motions.

　　Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

cc:　　Jason A. Newfield, Esq.
　　　　*Attorneys for Plaintiff*

NY/754982v1