UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| MICHAEL CACOPERDO, | 10 CV 7847 (RPP)(RLE) |
| Plaintiff, | |
| - against - | **ECF** |
| HARTFORD LIFE INSURANCE CO., | **NOTICE OF MOTION** |
| Defendant. | |

-----------------------------------------------------------

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Jason Newfield, Esq., Plaintiff, Michael Cacoperdo, will move this Court before the Honorable Robert P. Patterson, at the United States Courthouse, for the Southern District of New York for an Order, extending the discovery cut off date by forty-five (45) days from February 3, 2012, and for such other and further relief as this Court deems just and proper.

Dated: Garden City, New York
       January 20, 2012

Respectfully submitted,

Jason Newfield (JN5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue, Suite 312
Garden City, New York 11530

TO:   Michael Bernstein, Esq.
      Sedgwick LLP
      125 Broad Street
      New York, NY 10004-2400