

# FRANKEL & NEWFIELD, P.C.

ATTORNEYS AT LAW

Justin C. Frankel*
Jason A. Newfield*

*Admitted in NY, CT and PA

585 Stewart Avenue
Suite 312
Garden City, NY 11530

Tel: (516) 222-1600
Fax: (516) 222-0513
www.frankelnewfield.com

**MEMO ENDORSED**

February 2, 2012



RECEIVED
FEB 02 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**VIA FACSIMILE (212) 805-7917**

Hon. Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/12

Re: Cacoperdo v. Hartford Life Ins. Co., et al.
U.S. D. Ct., S.D.N.Y. 10 Civ. 7847 (RPP)

Dear Judge Patterson:

We represent the Plaintiff, Michael Cacoperdo in the above action. Currently pending is a Motion to Extend the discovery end date (Docket entry 57), to permit the parties to finalize the discovery disputes and complete the agreed upon discovery, including depositions.

Counsel for Defendant has advised that one of its witnesses can only be available for deposition on March 30, 2012, which is outside of the requested end date for discovery in the Motion to Extend discovery.

Accordingly, we jointly request that the end date for discovery be moved further back, to accommodate this deposition and permit the completion of discovery.

Respectfully Submitted,

FRANKEL & NEWFIELD, P.C.

By: _____
Jason Newfield (JN5529)

JAN/jpm
cc: Michael H Bernstein, Esq. (VIA FAX)

*[handwritten endorsement:] End of discovery extended to 3/30/12. So ordered. Response to motion 5/11/12, reply 5/18/12. Pretrial motions 6/12/12. Trial so ordered. R.P. Patterson 2/2/12*

Case:     Cacoperdo v. Hartford Life Ins. Co., et al.
Index No.    10 Civ. 7847 (RPP)

**MEMO ENDORSEMENT READS:**

End of discovery is extended to 3/30/12.

So Ordered.

*Robert P. Patterson, Jr., U.S.D.J., 2/2/12*

**Dispositive motions due by 4/13/12.**

**Trial 6/13/12.**

**So Ordered.**

*Robert P. Patterson, Jr., U.S.D.J., 2/2/12*