ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

**MEMO ENDORSED**



*Michael H. Bernstein*
212-898-4011
michael.bernstein@sedgwicklaw.com

April 6, 2012

RECEIVED
APR -9 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Via Facsimile
Hon. Robert P. Patterson, Jr., U.S.D.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/12

Re: *Michael Cacoperdo v. Hartford Life Insurance Company*
    Civ. Act. No.     10-civ-07847 (RPP)
    SDMA File No.:  02489-000101

Dear Judge Patterson:

This office represents the defendant Hartford Life Insurance Company ("Hartford") in the above-referenced matter. We write on behalf of all parties to respectfully request that the Court enter a scheduling order for the filing of competing motions for summary judgment as follows:

| Date | Description |
| --- | --- |
| June 1, 2012 | Last day for parties to serve and file initial motion papers |
| June 22, 2012 | Last day for parties to serve and file opposition to initial motion papers |
| July 12, 2012 | Last day for parties to serve and file reply papers in response to opposition |

In connection with this request, we also ask that the Court amend the memo endorsed scheduling order dated February 23, 2012 to extend the parties' time to serve dispositive motions from April 27, 2012 to June 1, 2012, as noted above. We also request that the trial date be adjourned *sine die* as both parties intend to file motions for summary judgment. This would be the third amendment to the initial scheduling order. None of the prior requests were denied by the Court. Plaintiff joins in this application for the foregoing modifications to the prior scheduling orders and this letter is being jointly submitted on behalf of all parties.

*application granted*
*So ordered*
*Robert P. Patterson Jr.*
*4/8/12*

NY/851066v1

Hon. Robert P. Patterson, Jr., U.S.D.J.
Re: Michael Cacoperdo v. Hartford Life Insurance Company
April 6, 2012
Page 2

Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Michael H. Bernstein
Sedgwick LLP

cc:   Jason A. Newfield, Esq.
      *Attorneys for Plaintiff*

NY/851066v1