**ATTORNEYS AT LAW**

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

**MEMO ENDORSED**

*Michael H. Bernstein*
212-898-4011
michael.bernstein@sedgwicklaw.com

May 29, 2012

*Via FedEx*
Hon. Robert P. Patterson, Jr., U.S.D.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 5/30/12

Re: *Michael Cacoperdo v. Hartford Life Insurance Company*
    Civ. Act. No.    10-civ-07847 (RPP)
    SDMA File No.:  02489-000101

Dear Judge Patterson:

This office represents the defendant Hartford Life Insurance Company ("Hartford") in the above-referenced matter. Hartford intends to file, *via* ECF, its motion for summary judgment on June 1, 2012, including the Declaration of Juan M. Mendez with exhibits. Exhibit C to the Declaration of Juan M. Mendez consists of surveillance video footage stored on DVD, which cannot be filed *via* ECF. It is therefore respectfully requested that this Court issue an order permitting this Exhibit to be filed *via* hand-delivery to the Court Clerk, ~~Mr. J. Michael McMahon~~. A copy of this DVD has been provided to plaintiff's counsel in this action. A copy of the DVD to be filed is also enclosed with this letter.

Thank you for your attention to this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

*[handwritten endorsement: Mr. Ruby J. Krajick. a/k/a/ William Losef[?] granted So ordered RPP[?]]*

cc:   Jason A. Newfield, Esq. (*via* email without enclosure)
      *Attorneys for Plaintiff*

NY/864413v1

## CERTIFICATE OF SERVICE

I, DANIEL M. MEIER, hereby certify and affirm that a true and correct copy of the attached **LETTER DATED MAY 29, 2012** was served via e-mail on this 29th day of May, 2012, upon the following:

Jason A. Newfield, Esq.
Frankel & Newfield, P.C.
585 Stewart Avenue - Suite 312
Garden City, New York 11530

_____
DANIEL M. MEIER (DM 2833)

Dated:   New York, New York
         May 29, 2011

NY/864413v1