Jason A. Newfield (JN-5529  
Justin C. Frankel (JF-5983)  
FRANKEL & NEWFIELD, P.C.  
585 Stewart Avenue, Suite 312  
Garden City, New York 11530  
(516) 222-1600  
Attorneys for Plaintiff  

IN THE UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  

-----------------------------------------------------------------x
                                                :
                                                :   10 CV 7847 (RPP)
MICHAEL CACOPERDO,                              :
                                                :   ECF
                     Plaintiff,                 :
                                                :
    - vs. -                                     :
                                                :
HARTFORD LIFE INS. CO.,                         :
                                                :
                     Defendants.                :
-----------------------------------------------------------------x

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

FRANKEL & NEWFIELD, P.C.  
585 Stewart Avenue, Suite 312  
Garden City, New York 11530  
(516) 222-1600  
Attorneys for Plaintiff  

Of Counsel:      Jason A. Newfield (JN-5529)  
                 Justin C. Frankel (JF-5983)