## CERTIFICATE OF SERVICE

I, Jason Newfield, hereby certify that on June 1, 2012, a copy of the Plaintiff's Memorandum of Law, Rule 56.1 Statement and Declaration of Jason Newfield with exhibits was mailed via first class mail:

Michael Bernstein, Esq.
Sedgwick, LLP
125 Broad Street
New York, NY 10004-2400

The Memorandum of Law and Rule 56.1 statement and Declaration (without exhibits) were filed via ECF.

_____
Jason Newfield