# Exhibit C



DVD TO BE FILED VIA HAND-DELIVERY