AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Michael Cacoperdo | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 10-cv-7847(RPP) |
| Hartford Life Insurance Co. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Hartford Life Insurance Company .

Date: 07/12/2012

s/ John T. Seybert
*Attorney's signature*

John T. Seybert (JS 5014)
*Printed name and bar number*

Sedgwick LLP
125 Broad Street, 39th Floor
New York, NY 10004
*Address*

john.seybert@sedgwicklaw.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

**CERTIFICATE OF SERVICE**

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **APPEARANCE** was served via ECF on this 12th day of July, 2012, upon the following:

>Jason A. Newfield Esq.
>Frankel & Newfield PC
>585 Stewart Avenue
>Garden City NY 11530
>
>Business Phone:  (516) 222-1600
>Business E-mail:  jan@frankelnewfield.com

>s/ John T. Seybert
>JOHN T. SEYBERT (JS 5014)

Dated:   New York, New York
         July 12, 2012

1