UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL CACOPERDO,                                   Civ. Act. No.: 10-civ-7847 (RPP)

                Plaintiff,

      -against-                                            **NOTICE OF MOTION**

HARTFORD LIFE INSURANCE COMPANY,
                                                      DOCUMENT
                        Defendant.           <u>ELECTRONICALLY FILED</u>
-----------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, simultaneously submitted herewith, and upon all pleadings and proceedings previously had herein, defendant, Hartford Life Insurance Company ("Hartford"), by its attorneys, Sedgwick LLP, will move this Court, on a date and at a time set by the Court, before the Hon. Robert P. Patterson, U.S.D.J., at the United States District Courthouse for the Southern District Of New York, 500 Pearl Street, New York, New York 10007 for an Order pursuant to Rule 56(e), FED. R. CIV. PROC., striking Plaintiff Michael Cacoperdo's ("Cacoperdo") improper submission of Proposed Findings of Fact, dated July 12, 2012 (Doc. No. 86) and the Declaration of Jason Newfield, dated July 12, 2012 (Doc. No. 85) along with its attached Exhibit "A," and for such other and further relief this Court deems just and proper.

NY/1006742v1

Dated: New York, New York
July 31, 2012

                                                Respectfully Submitted,

                                                s/_____
MICHAEL H. BERNSTEIN (MB 0579)
JOHN T. SEYBERT (JS 5014)
DANIEL M. MEIER (DM 2833)
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile:  (212) 422-0925
**Attorneys for Defendant**
*Hartford Life Insurance Company*

To:    Jason A. Newfield, Esq.  (SR 5005)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue – Suite 312
Garden City, New York 11530
Telephone: (516) 222-1600
*Attorneys for Plaintiff*

NY/1006742v12

## CERTIFICATE OF SERVICE

I, DANIEL M. MEIER, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF MOTION** was served **via ECF** and **via regular mail** on July 31, 2012, upon the following:

> Jason A. Newfield, Esq.
> FRANKEL & NEWFIELD, P.C.
> 585 Stewart Avenue – Suite 312
> Garden City, New York 11530
> Telephone: (516) 222-1600

Dated: New York, New York
       July 31, 2012

                                    s/ _____
                                    DANIEL M. MEIER (DM 2833)