UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL CACOPERDO,

        Plaintiff,

        -v.-

HARTFORD LIFE INSURANCE COMPANY,

        Defendant.

------------------------------------------------------------X

10 Civ. 7847 (RPP)

**SCHEDULING ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

    Oral argument in this matter is set for Friday, September 14, 2012 at 10:00 a.m. Counsel should be prepared to discuss their Cross-Motions for Summary Judgment as well as Defendant's Motion to Strike.

IT IS SO ORDERED.

Dated: New York, New York
       August 23, 2012

                                      Robert P. Patterson, Jr.
                                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/12

**Copies of this order were faxed to:**

*Counsel for Plaintiff*:
Jason A. Newfield
Frankel & Newfield, P.C.
585 Stewart Avenue
Suite 301
Garden City, NY 11530
(516) 222-1600
Fax: (516) 222-0513

*Counsel for Defendant*:
Michael H. Bernstein
Sedgwick LLP
125 Broad Street, 39th Floor
New York, NY 10004
(212) 422-0202
Fax: (212) 422-0925