UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
Michael Cacoperdo

                Plaintiff,

     -against-

Hartford Life Insurance Company

                Defendant.
------------------------------------------------------------------------

Case No. 10 civ 7847 (RPP)

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending     ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Michael H. Bernstein
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB0579    My State Bar Number is _____

I am,

    ☒ An attorney
    ☐ A Government Agency attorney
    ☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick LLP
                 FIRM ADDRESS: 125 Broad Street, New York New York 10004
                 FIRM TELEPHONE NUMBER: 212-422-0202
                 FIRM FAX NUMBER: 212-422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
                 FIRM ADDRESS: 225 Liberty Street, 28th Fl., New York, NY 10281
                 FIRM TELEPHONE NUMBER: 212-422-0202
                 FIRM FAX NUMBER: 212-422-0925

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: 10/12/2012              s/ _____
                                    ATTORNEY'S SIGNATURE


American LegalNet, Inc.
www.FormsWorkFlow.com

**CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF and Regular Mail on this 12th day of October, 2012, upon the following:

Jason A. Newfield Esq.
Frankel & Newfield PC
585 Stewart Avenue
Garden City NY 11530
Business Phone: (516) 222-1600
Business E-mail: jan@frankelnewfield.com

s/_____
Michael H. Bernstein

Dated:    New York, New York
          October 12, 2012