UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
MICHAEL CACOPERDO,                                    Case No. 10-cv-7847
                    Plaintiff,

       -against-

HARTFORD LIFE INSURANCE COMPANY,
                    Defendant.
------------------------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒  I have cases pending                ☐  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

John T. Seybert
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JS 5014        My State Bar Number is _____

I am,

☒  An attorney
☐  A Government Agency attorney
☐  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Sedgwick LLP
            FIRM ADDRESS: 125 Broad Street, New York New York 10004
            FIRM TELEPHONE NUMBER: 212-422-0202
            FIRM FAX NUMBER: 212-422-0925

NEW FIRM:   FIRM NAME: Sedgwick LLP
            FIRM ADDRESS: 225 Liberty Street, 28th Fl., New York, NY 10281
            FIRM TELEPHONE NUMBER: 212-422-0202
            FIRM FAX NUMBER: 212-422-0925

☒  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: 10/16/2012                              s/ _____
                                               ATTORNEY'S SIGNATURE
                                               John T. Seybert


American LegalNet, Inc.
www.FormsWorkFlow.com

### CERTIFICATE OF SERVICE

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 16th day of October, 2012, upon the following:

>Jason A. Newfield Esq.
>Frankel & Newfield PC
>585 Stewart Avenue
>Garden City NY 11530
>Business Phone: (516) 222-1600
>Business E-mail: jan@frankelnewfield.co

                                                                                s/
                                                                               John T. Seybert

Dated:     New York, New York
              October 16, 2012