

ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR    NEW YORK, NEW YORK 10281-1008

www.sedgwicklaw.com    212.422.0202 *phone*    212.422.0925 *fax*

**Sedgwick** LLP

*MEMO ENDORSED*

RECEIVED
NOV 08 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

*Michael H. Bernstein*
*212-898-4011*
*michael.bernstein@sedgwicklaw.com*

November 9, 2012

Via Facsimile
Hon. Robert P. Patterson, Jr., U.S.D.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/12

Re: *Michael Cacoperdo v. Hartford Life Insurance Company*
    Civ. Act. No.    10-civ-07847 (RPP)
    File No.:   02489-000101

Dear Judge Patterson:

    This office represents the defendant Hartford Life Insurance Company ("Hartford") in the above-referenced matter. We write on behalf of all parties to respectfully request that the Court extend the parties' time to file opposition and reply briefs on Hartford's motion for reconsideration as follows:

| Original Date | Adjourned Date | Description |
|---|---|---|
| Nov. 9, 2012 | Nov. 16, 2012 | Last day for Plaintiff to serve and file opposition |
| Nov. 16, 2012 | Nov. 23, 2012 | Last day for Defendant to serve and file reply papers |

    In addition, we request that the Court adjourn *sine die* the scheduled trial date of December 3, 2012 and the pending requirement to submit a joint pre-trial order and motions in *limine*. The Pre-trial Conference was scheduled for October 30, 2012 and was canceled due to Hurricane Sandy. The parties believe that the Court's ruling on the motion for reconsideration and a Pre-trial Conference would assist the parties in preparing for trial. This is the first request for an adjournment of the trial date.

*Applications granted*
*So ordered*
[signature] *USDJ*
*11/8/12*

NY/1123804v1

Hon. Robert P. Patterson, Jr., U.S.D.J.
Re: Michael Cacoperdo v. Hartford Life Insurance Company
November 9, 2012
Page 2

      Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Michael H. Bernstein
Sedgwick LLP

cc:     Jason A. Newfield, Esq.
       *Attorneys for Plaintiff*

NY/1123804v1