# Sedgwick LLP

ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

*MEMO ENDORSED*

RECEIVED NOV 14 2012 CHAMBERS OF JUDGE ROBERT P. PATTERSON

Michael H. Bernstein
212-898-4011
michael.bernstein@sedgwicklaw.com

November 14, 2012

Via Facsimile
Hon. Robert P. Patterson, Jr., U.S.D.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/12

Re: *Michael Cacoperdo v. Hartford Life Insurance Company*
    Civ. Act. No.    10-civ-07847 (RPP)
    File No.: 02489-000101

Dear Judge Patterson:

    This office represents the defendant Hartford Life Insurance Company ("Hartford") in the above-referenced matter. We write on behalf of all parties to respectfully request that the Court further extend the parties' time to file opposition and reply briefs on Hartford's motion for reconsideration as follows:

| Original Date | Adjourned Date | Description |
|---|---|---|
| Nov. 16, 2012 | Nov. 21, 2012 | Last day for Plaintiff to serve and file opposition |
| Nov. 23, 2012 | Dec. 3, 2012 | Last day for Defendant to serve and file reply papers |

    This is the second request for an extension of time. The reason is that Plaintiff's counsel suffered an injury yesterday that impacts his ability to complete his opposition papers by November 16.

    Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Michael H. Bernstein
Sedgwick LLP

cc:     Jason A. Newfield, Esq.

NY/1124647v1

*[handwritten endorsement:] Application granted. So ordered. Robert P. Patterson USDJ 11/14/12*