# Sedgwick LLP

ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR  NEW YORK, NEW YORK 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

**MEMO ENDORSED**

Michael H. Bernstein
212-898-4011
michael.bernstein@sedgwicklaw.com

December 3, 2012

Via Facsimile
Hon. Robert P. Patterson, Jr., U.S.D.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/12


RECEIVED
DEC -3 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Re: *Michael Cacoperdo v. Hartford Life Insurance Company*
    Civ. Act. No.   10-civ-07847 (RPP)
    File No.: 02489-000101

Dear Judge Patterson:

This office represents the defendant Hartford Life Insurance Company ("Hartford") in the above-referenced matter. We write to respectfully request that the Court grant Hartford an extension of time of two days to file its reply papers on the pending motion for reconsideration to December 5, 2012.

The reply memorandum of law is due today. This is the third request for an extension of time on the motion, but only the first request for an extension of time to file the reply. The other extensions were given to accommodate plaintiff's counsel and all extensions were granted. Plaintiff consents to the request for an extension of time. No other scheduled dates are affected by the extension of time.

Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Michael H. Bernstein
Sedgwick LLP

cc:  Jason A. Newfield, Esq.

*[handwritten endorsement: Application granted. So ordered. Robert P. Patterson, USDJ, 12/3/12]*

NY/1219801v1