# Sedgwick LLP

**MEMO ENDORSED**

ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

RECEIVED
APR 05 2013
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

*Michael H. Bernstein*
212-898-4011
michael.bernstein@sedgwicklaw.com

April 5, 2013

Via Facsimile
Hon. Robert P. Patterson, Jr., U.S.D.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/13

Re: *Michael Cacoperdo v. Hartford Life Insurance Company*
   Civ. Act. No.   10-civ-07847 (RPP)
   File No.: 02489-000101

Dear Judge Patterson:

   This office represents the defendant Hartford Life Insurance Company ("Hartford") in the above-referenced matter. We write to advise the court that the parties have reached a settlement. We respectfully request that the Court grant us sixty days to complete the settlement at which time a stipulation dismissing the action with prejudice will be submitted for the court's approval. Also, we respectfully request that the Court stay the pending motion for reconsideration, which will be withdrawn upon the filing of the stipulation dismissing the action.

   Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Michael H. Bernstein
Sedgwick LLP

cc:   Jason A. Newfield, Esq.

*Application granted.*
*Stipulation shall be filed*
*on or before June 5, 2013.*
*So Ordered.*
*[signature] Robert P. Patterson*
*USDJ*
*4/5/13*

NY/1261377v1