USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL CACOPERDO,

                     Plaintiff,

-against-

HARTFORD LIFE INSURANCE COMPANY,

                     Defendant.
-----------------------------------------------------------X

Civ. Act. No.: 10-civ-7847 (RPP)

STIPULATION OF DISMISSAL WITH PREJUDICE

DOCUMENT ELECTRONICALLY FILED

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Michael Cacoperdo and defendant Hartford Life Insurance Company ("Hartford"), through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims by plaintiff against Hartford in the above-captioned action are dismissed with prejudice, and without costs or attorneys' fees to either party.

Dated: New York, New York
April __, 2013

_____
Michael H. Bernstein (MB-0579)
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, New York 10281-1008
Telephone: (212) 422-0202
Fax: (212) 422-0925
*Attorneys For Defendant*

_____
Jason A. Newfield, Esq.
Frankel & Newfield, P.C.
585 Stewart Avenue - Suite 312
Garden City, New York 11530
T: 516.222.1600
*Attorneys for Plaintiff*

So Ordered:

_____
Hon. Robert P. Patterson
United States District Judge
4/9/13